(C.D. 3161)

QUEENSBORO TRANSFORMER & MACHINERY CORPORATION
*v.* UNITED STATES

United States Customs Court, Second Division

(Decided October 16, 1967)

Plaintiff not represented by counsel.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the defendant.

FORD, Judge : When the above case was called, plaintiff, a corporation, was advised it must be represented by counsel. Since plaintiff did not desire to hire or proceed by counsel, the court *sua sponte* dismissed the case.

Judgment will be entered accordingly.